Shannon CALLWELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40262.

Missouri Court of Appeals,
Western District.

Sept. 6, 1988.

Sean O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and TURNAGE and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).